E-filing

1  MARIO, WILLIAMS
2  P,O BOX 7500 CRESENT CITY,
3  CA 95532 P.B.S.P M-F 2 1171ow

FILED
DEC 24 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

5  IN PROPRIA PERSONA

FILED
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7       Ninth Circuit Court of Appeals
8  IN AND FOR THE COUNTY OF San Francisco

10 MARIO, WILLIAMS DEFENDENDANT    )   No. 07-80213 WHA
11                                 )
                                   )   MOTION FOR APPOINTMENT OF COUNSEL
12       VS.                       )   (PR)
13    v.                           )
                                   )
14 ROBERT A, HOREL              ,  )
                                   )
15           WARDEN              )
                                   )
16

17 DEFENDANT, Mario,Williams _____, moves in this court for an
18 order appointing legal counsel, attorney-at-law, a member of the California Bar,
19 to represent Defendant because he cannot afford to employ an attorney. This
20 motion is based upon Defendant's affidavit in support of his motion for leave
21 to proceed in forma pauperis and for appointment of counsel.
22 There is good cause submitted in Defendant's petition before the court for
23 relief he seeks with the appointment of a legal attorney to grant the petition
24 with appointment of counsel as Defendant is only a layman in law.
25
26 DATED: 12/19/07                          _Mario Williams_____
27                                          DEFENDANT IN PROPRIA PERSONA

URT PAPER
TE OF CALIFORNIA
. 113 (REV. 8-72)
34769