E-filing

**FILED**

UNITED STATES COURT OF APPEALS

MAR 21 2008

FOR THE NINTH CIRCUIT

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

---

MARIO WILLIAMS,

Petitioner,

v.

ROBERT HOREL, Warden,

Respondent.

No. 07-80213

ORDER

**WHA**

**RECEIVED**
**(PR)**
MAR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

Before: Peter L. Shaw, Appellate Commissioner.

The court is in receipt of petitioner's original petition for a writ of habeas

corpus filed pursuant to 28 U.S.C. § 2254. An original application for a writ of

habeas corpus must be made to the district court. *See* Fed. R. App. P. 22(a); *see*

*also* 28 U.S.C. § 2241(b). If a petition for writ of habeas corpus is filed in the

court of appeals, "the application must be transferred to the appropriate district

court." Fed. R. App. P. 22(a).

Accordingly, the Clerk shall transfer the petition to the United States District

Court for the Northern District of California.

Upon transfer of the petition, the Clerk shall close this original action.

DT/MOATT

A TRUE COPY
ATTEST    3/21/08
CATHY A. CATTERSON
Clerk of Court

by:
Deputy Clerk



MAR 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*F I L E   C O P Y*





Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

December 24, 2007

U.S. Court of Appeals Docket No.:    07-80213
Short Title:                         Williams v. Horel

Dear Mr. Williams:

This is to acknowledge receipt of your Petition for Writ of Habeas Corpus..

All subsequent letters and request for information regarding this matter will be
added to your file to be considered at the same time the cause is brought before the
court.

The file number and the title of your case should be shown in the upper right
corner of your letter to the clerk's office. All correspondence should be directed
to the above address pursuant to Circuit Rule 25-1.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Fred Taylor
Deputy Clerk

## General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 07-80213 | **Docketed:** 12/27/2007 |
| Williams, et al v. Horel | **Termed:** 03/21/2008 |
| **Appeal From:** U.S. District Court, Los Angeles | |
| **Fee Status:** Not Applicable | |

**Case Type Information:**
   1) miscellaneous
   2) null
   3) null

**Originating Court Information:**
   **District:** 0973-2 :
   **Date Filed:**
   **Date Rec'd COA:**
   12/24/2007

**Prior Cases:**
   None

**Current Cases:**
   None

**Panel Assignment:**   Not available

      

A TRUE COPY
ATTEST    3/21/08
CATHY A. CATTERSON
Clerk of Court

by:
Deputy Clerk

| MARIO WILLIAMS (–: 117–low MF J–98382)<br>Petitioner<br><br>v.<br><br>ROBERT HOREL<br>Respondent | Mario Williams<br>[NTC Pro Se]<br>PBSP – PELICAN BAY STATE PRISON<br>P.O. Box 7500<br>Crescent City, CA 95532–7500<br><br><br><br>DAG, Esq.<br>[COR LD NTC Dep State Aty Gen]<br>AGCA – OFFICE OF THE CALIFORNIA ATTORNEY<br>GENERAL (LA)<br>Suite 1702<br>300 South Spring Street<br>Los Angeles, CA 90013–0000 |

MARIO WILLIAMS,

     Petitioner

v.

ROBERT HOREL,

     Respondent

| 12/24/2007 | 1 | FILED PRO SE PETITION FOR WRIT OF HABEAS CORPUS. DOCKETED CAUSE AND NOTIFIED PARTIES. (MOATT) |
| 12/24/2007 | 2 | Filed Petitioner Mario Williams's motion for appointment of csl; [07−80213] served on 12/19/07 [6384905] (MOATT) [07−80213] |
| 03/20/2008 | 3 | Received Petitioner Mario Williams' supplement to legal brief, no service date. |
| 03/21/2008 | 4 | Order filed ( Appellate Commissioner) The court is in receipt of petitioner's original petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. An original application for a writ of habeas corpus must be made to the district court. Accordingly, the Clerk shall transfer the petition to the United States District Court for the Northern District of California. Upon transfer of the petition, the Clerk shall close this original action. (Transferred;Procedural termination without judicial action;]. |
| 03/21/2008 | 5 | The entire original casefile sent to USDC−CAN via certified mail (7007−0710−0002−3928−6604). |