<div style="margin-left:auto; writing-mode:vertical">

**United States District Court**
For the Northern District of California

</div>

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    MARIO WILLIAMS,                              No. C 08-1692 WHA (PR)

10                    Petitioner,                  **ORDER OF TRANSFER; DENIAL
                                                   OF MOTION TO PROCEED IN
11        vs.                                      FORMA PAUPERIS**

12   ROBERT A. HOREL, Warden,

13                    Respondent.
                                               /
14

15          In this habeas case petitioner seeks to challenge a conviction incurred in the Superior

16   Court of Los Angeles County, which is in the venue of the United States District Court for the

17   Central District of California.  Petitioner is incarcerated at Pelican Bay State Prison, which is in

18   this district.  Venue for a habeas action is proper in either the district of confinement or the

19   district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are

20   preferably heard in the district of conviction.  Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F.

21   Supp. 265, 266 (N.D. Cal. 1968).

22          Because petitioner was convicted in  Los Angeles County, this case is **TRANSFERRED** to

23   the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1404(a);

24   Habeas L.R. 2254-3(b).  Petitioner's motion for leave to proceed in forma pauperis (document

25   number 2 on the docket) is **DENIED** as moot because he has paid the filing fee.

26          **IT IS SO ORDERED.**

27   Dated: April ___24___, 2008.

     WILLIAM ALSUP
28                                              UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\WILLIAMS1692.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MARIO WILLIAMS,

          Plaintiff,

  v.

ROBERT A. HOREL et al,

          Defendant.

                              /

Case Number: CV08-01692 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Mario Williams
J-98382/ 117-low MF
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

Dated: April 24, 2008

                                  Richard W. Wieking, Clerk
                                  By: D. Toland, Deputy Clerk