**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 25, 2008

US District Court
Central District of California
Office of the Clerk
312 North Spring St.
Los Angeles, CA 90012

RE: CV 08-01692 WHA  MARIO WILLIAMS-v-ROBERT A. HOREL

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.          CV 08-2982-DOC (FMO)
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Susan Imbriani
Case Systems Administrator

Enclosures
Copies to counsel of record